THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSARIO DI
MAGGIO, Appellant, against VERNON A. MORHOUS, as Warden
of Great Meadow Prison, Respondent.

Submitted January 4, 1954; decided January 21, 1954.

*Rosario Di Maggio,* in person, for motions.
No one opposed.

Motion, insofar as it seeks leave to prosecute appeal upon
typewritten papers and for assignment of counsel, granted, and
Paul F. Donohue, Esq., of Albany, N. Y., assigned as counsel
to the relator. Motion, insofar as it seeks an order directing

the Clerk of the Appellate Division, Third Department, to supply relator with the record, denied upon the ground that such relief should be sought from the office of the Clerk of the Court of Appeals. (Cf., e.g., *Matter of Partridge,* 301 N. Y. 682, 683.)